IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:19-cr-00118 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| AMADOR MAGALLON GUERRERO | ) | |

**DEFENDANT GUERRERO'S MOTION TO ADOPT DOCKET ENTRY NO. 249 AND ATTACHMENTS TO SUPPRESS STATEMENTS MADE BY DEFENDANT TO LAW ENFORCMENT IN VIOLATION OF *MIRANDA V. ARIZONA***

Defendant Amador Magallon Guerrero, by and through undersigned counsel, moves the Court for permission to adopt Docket Entry No. 249 (*Motion to Suppress Illegally Obtained Statements and Supporting Memorandum of Law*) previously filed on behalf of Defendant Guerrero on September 30, 2021, along with Attachment Nos. 1 and 2. (See, Docket Entry Nos. 249-1 and 249-2.) In addition, Defendant Guerrero requests the Court consider **Exhibits A and B** which were filed separately under seal. (See, Docket Entry No. 252.)

THE LAW OFFICE OF DAVID L. COOPER, PC

*s/ David L. Cooper*
**DAVID L. COOPER, BPR# 11445**

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant Guerrero*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing **Defendant Guerrero's Motion to Suppress Statement to Law Enforcement and Adopt Docket Entry No. 249** has been delivered by the CM/ECF system to **Miller A. Bushong, AUSA, U**.S. Attorney's Office, 719 Church Street, Nashville, TN 37203, and the other counsel of record, on this **3rd** day of **October 2022**.

                                              *s/ David L. Cooper*
                                              **DAVID L. COOPER**